IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANIEL GENE TATE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO.  05-588-GPM |
| | ) |
| **E. A. STEPP,** | ) |
| | ) |
| Respondent. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

Petitioner filed this action pursuant to 28 U.S.C. § 2241 seeking revocation of an illegal detainer against him.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule of the United States District Court for the Southern District of Illinois 72.1(a)(2), this action is referred to a United States Magistrate Judge for further pretrial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c),

*should all the parties consent to such a referral.*

    **IT IS SO ORDERED.**

    DATED:  09/15/05

                                                      s/ G. Patrick Murphy
                                                      G. PATRICK MURPHY
                                                      Chief United States District Judge