## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL GENE TATE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No.   05-588-CJP |
| | ) | |
| E. A. STEPP, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### JUDGMENT IN A CIVIL CASE

This action came before the court for decision of Petitioner's Application for Writ of Habeas Corpus. The Court has rendered the following decision:

Petition for Wit of Habeas Corpus (Doc. 1), is dismissed and Motion for a Reduction in His Federal Sentence Due to His Rehabilitation (Doc. 13), is denied, pursuant to Order entered by U.S. Magistrate Judge Clifford J. Proud and filed on July 25, 2006.

IT IS THEREFORE ORDERED that Judgment is entered in favor of Respondent **E.A. STEPP** and against Petitioner **DANIEL GENE TATE**. Petitioner is to take nothing from this action.

NORBERT G. JAWORSKI,

_7/25/06_
Date

By _____
Deputy Clerk

Approved: _____
Clifford J. Proud
U.S. Magistrate Judge